Kenneth Adrian FULLER,
Petitioner—Appellant,

v.

John HAYDEN; Olivia Craven; Glen Turner, Warden, Respondents—
Appellees.

No. 02–35688.

D.C. No. CV–01–00250–BLW.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 1, 2003.*

Decided Dec. 19, 2003.

Greg S. Silvey, Esq., Kenneth Adrian Fuller, pro se, Boise, ID, for Petitioner–Appellant.

L. LaMont Anderson, Esq., Office of Attorney General, Boise, ID, for Respondent–Appellee.

Before BRUNETTI, T.G. NELSON, and GRABER, Circuit Judges.

ORDER **

AFFIRMED for the reasons given by the district court in its order of November

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

5, 2001. On remand, the district court shall amend its judgment to permit Fuller to move to reopen the case if the courts of the State of Idaho ultimately hold that he may not pursue a petition for writ of habeas corpus in those courts.

AFFIRMED and REMANDED with instructions.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.